findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

**Wayne WOLTERING, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 101935

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: June 2, 2015

Edward Scott Thompson, Missouri Public Defender Office, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Attorney General, Evan Joseph Buchheim, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

*ORDER*

PER CURIAM.

Wayne Woltering appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's